UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Income Trust and AXP Variable Portfolio - Income Series, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>Donaldson, Lufkin & Jenrette Securities Corporation,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) | Case No. 00-CV-904 RHK/JMM<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME** |

## STIPULATION

The undersigned plaintiffs and defendant, by and through their counsel, hereby stipulate and agree that the time within which defendant Donaldson, Lufkin & Jenrette Securities Corporation may answer, respond or otherwise plead to, or move against, the Complaint herein may be and hereby is extended to and including June 7, 2000.

Dated: May 12, 2000

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By Thomas B. Hatch
Thomas B. Hatch (#150939)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
(612) 349-8500

**ATTORNEYS FOR PLAINTIFFS INCOME TRUST and AXP VARIABLE PORTFOLIO - INCOME SERIES, INC.**

Doc# 1229615\1

FILED MAY 16 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD_______
DEPUTY CLERK_______

Dated:

LINDQUIST & VENNUM P.L.L.P.

By_______________________

Terrence J. Fleming, (#128983)
Robert C. Friday (#294172)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
(612) 371-3211

-and-

Frank S. Moseley
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, NY 10017
(212) 450-4000
(Pro Hac Vice Admission Pending)

**ATTORNEYS FOR DEFENDANT DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION**

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that the time within which defendant Donaldson, Lufkin & Jenrette Securities Corporation may answer, respond or otherwise plead to, or move against, the Complaint herein may be and hereby is extended to and including June 7, 2000.

Dated: 5/16/00

BY THE COURT:

John M. Mason
United States Magistrate Judge