UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| Income Trust and AXP Variable Portfolio - Income Series, Inc., Plaintiffs, v. Donaldson, Lufkin & Jenrette Securities Corporation, Defendant. | ) | Case No. 00-CV-904 RHK/JMM **STIPULATION AND ORDER FOR EXTENSION OF TIME** |

**STIPULATION**

The undersigned plaintiffs and defendant, by and through their counsel, hereby stipulate and agree that the time within which defendant Donaldson, Lufkin & Jenrette Securities Corporation may answer, respond or otherwise plead to, or move against, the Complaint herein may be and hereby is extended to and including June 30, 2000. The parties will conduct a Rule 26(f) conference on June 28, 2000. The parties further stipulate that discovery in this action will not be stayed should defendant move to dismiss the complaint.

Dated: June 6, 2000

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By Thomas B. Hatch
Thomas B. Hatch (#150939)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, MN 55402-2015
Telephone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFFS INCOME TRUST and AXP VARIABLE PORTFOLIO - INCOME SERIES, INC.**

Doc# 1229615\1

FILED JUN 12 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: 6 Jun 2000

**LINDQUIST & VENNUM P.L.L.P.**

By [signature]

Terrence J. Fleming, (#128983)
Wallace G. Hilke, (#175857)
Robert C. Friday (#294172)
4200 IDS Center
80 South Eighth Street
Minneapolis, MN 55402-2205
Telephone: (612) 371-3211

-and-

Frank S. Moseley
**DAVIS POLK & WARDWELL**
450 Lexington Avenue
New York, NY 10017
Telephone: (212) 450-4000
(Pro Hac Vice Admission Pending)

**ATTORNEYS FOR DEFENDANT DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION**

**ORDER**

Pursuant to the foregoing Stipulation, it is hereby ordered that the time within which defendant Donaldson, Lufkin & Jenrette Securities Corporation may answer, respond or otherwise plead to, or move against, the Complaint herein may be and hereby is extended to and including June 30, 2000. The parties shall conduct a Rule 26(f) conference on June 28, 2000. By stipulation of the parties, discovery in this action will not be stayed should defendant move to dismiss the complaint.

BY THE COURT:

Dated: 6/12/00

John M. Mason
United States Magistrate Judge