UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

INCOME TRUST and AXP VARIABLE PORTFOLIO-INCOME SERIES, INC.,

Plaintiffs,

v.

DONALDSON, LUFKIN & JENRETTE SECURITIES CORPORATION,

Defendant.

File No. 00-CV-904 RHK/JMM

**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AND ORDER**

Pursuant to Rule 41.01(a) of the Federal Rules of Civil Procedure, the parties agree to the dismissal of this action, without prejudice. The parties will bear their own costs, disbursements and attorney fees.

Dated: April 9, 2001

LINDQUIST & VENNUM, P.L.L.P.

By [signature]
Wallace G. Hilke, #175857
4200 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 371-3211

ATTORNEYS FOR PLAINTIFFS



FILED APR 16 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD APR 16 2001
DEPUTY CLERK

ROBINS, KAPLAN, MILLER & CIRESI, L.L.P.

Dated: March 29, 2001

By ______________________
Thomas C. Mahlum (#025391)
2800 LaSalle Plaza
800 LaSalle Avenue
Minneapolis, Minnesota 55402-2015
(612) 349-8500

ATTORNEYS FOR DEFENDANT

**ORDER**

Based upon the foregoing stipulation,

IT IS HEREBY ORDERED that the above-captioned matter is hereby dismissed without prejudice, and the parties will bear their own costs, disbursements and attorney fees.

LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

Dated: 4/16, 2001

______________________
The Honorable Richard H. Kyle
Judge of United States District Court